Opinion issued March 18, 2010 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-01003-CV

____________


TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant


V.


RACHEL LAMBERT, Appellee






On Appeal from the County Court at Law No. 4

Fort Bend County, Texas

Trial Court Cause No. 36548






MEMORANDUM OPINION

 Appellant has filed an unopposed motion to dismiss the appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.